Village of Forest Park, Appellant, v. Tom Collis, Jr., et al., Appellees.

Gen. No. 43,529. 

274

opinion filed June 26, 1946; released for publication August 19, 1946. Leslie J. Smith, Jr., for appellant; Alfred F. Rueben and August J. Calcagno, for appellees; Arthur A. Sullivan and McKinley & Price, for certain appellees; Arthur A. Sullivan, of counsel; Wolff, Keane & Gomberg and William P. Smith, for certain other appellee; Oscar M. Wolff and William P. Smith, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.